IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY HUFF and GREGORY RAPP, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CORECIVIC, INC. f/k/a CORRECTIONS ) <br> CORPORATION OF AMERICA, ) <br> ) <br> and ) <br> ) <br> SECURUS TECHNOLOGIES, INC., ) <br> ) <br> Defendants. ) | Case No. 2:17-cv-02320- JAR-JPO |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Robert Ryan Harding be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

1

Respectfully submitted,

By /s/ Taylor B. Concannon
    TAYLOR B. CONCANNON    #26668
    TESSA K. JACOB    #15535
    Husch Blackwell LLP
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    Telephone: (816) 983-8000
    Facsimile: (816) 983-8080
    taylor.concannon@huschblackwell.com
    tessa.jacob@huschblackwell.com

    Attorneys for Defendant
    Securus Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on this 8th day of September, 2017, via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ Taylor B. Concannon
    Attorney for Defendant
    Securus Technologies, Inc.

2

JEF-287871-1