IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ASHLEY HUFF and GREGORY RAPP, )
)
Plaintiffs, )
)
vs. ) Case No. 2:17-cv-02320- JAR-JPO
)
CORECIVIC, INC. f/k/a CORRECTIONS )
CORPORATION OF AMERICA, )
)
and )
)
SECURUS TECHNOLOGIES, INC., )
)
Defendants. )

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Robert Ryan Harding

2. I practice under the following firm name or letterhead:

   Name: Husch Blackwell LLP

   Address: 235 East High Street
   P.O. Box 1251
   Jefferson City, MO 65102-1251

   Telephone Number: (573) 635-9118

   Fax: (573) 634-7854

   Email address: ryan.harding@huschblackwell.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| All Missouri State Courts | September 18, 2002 | 52155 |
| U.S. District Court, Western District of Missouri | July 7, 2003 | 52155 |
| U.S. Court of Appeals 8th Circuit | November 8, 2005 | 52155 |
| U.S. District Court, Eastern District of Missouri | June 9, 2008 | 52155 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

_____
Robert Ryan Harding

STATE OF MISSOURI ) 
                  ) ss
COUNTY OF COLE    )

On this 31st day of August, 2017, before me, a Notary Public, personally appeared Robert Ryan Harding, known to me to be the person who executed the within Affidavit and stated that the foregoing is true and accurate to the best of his knowledge, information, and belief.

_____
Carla S. Templeton
Notary Public

My Commission expires: _____

CARLA S. TEMPLETON
Notary Public - Notary Seal
STATE OF MISSOURI
Cole County
My Commission Expires: Nov. 1, 2018
Commission # 14491999

3

JEF-287873-1