IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY HUFF AND GREGORY RAPP, )<br>Individually and on behalf of all others )<br>similarly situated, )<br>)<br>                Plaintiffs, )<br>)<br>v. )<br>)<br>CORECIVIC, INC. F/K/A CORRECTIONS )<br>CORPORATION OF AMERICA )<br>AND )<br>SECURUS TECHNOLOGIES, INC., )<br>)<br>                Defendants. ) | Case No.: 2:17-cv-02320 |

**SECURUS'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)**

Defendant Securus Technologies, Inc. ("Securus"), by and through its undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs' Complaint in its entirety against Securus. Alternatively, Securus requests that this Court dismiss Count I of Plaintiffs' Complaint relating to the application of the Missouri Wiretap Act.

In support of its motion, and as set forth more fully in the accompanying Memorandum in Support, Securus asserts that Plaintiffs' have failed to state a claim upon which relief can be granted because: (1) Securus is insulated from liability under the Missouri, Kansas, and Federal Wiretap Acts pursuant to the "business extension exception;" and (2) Plaintiffs' have failed to allege facts sufficient to show an unlawful interception, disclosure, or use of their communications under Rule 8.

KCP-8300044-1

Alternatively, this Court should dismiss Count I of Plaintiffs' Complaint because Plaintiffs' have failed to state a claim for relief under the Missouri Wiretap Act because the conduct alleged in the Complaint occurred outside of Missouri and Plaintiffs' have alleged no facts that would justify the application of Missouri's Wiretap Act.

Accordingly, Securus respectfully requests that the Court dismiss Plaintiffs' Complaint in its entirety against Securus and grant all other relief deemed just, equitable, and appropriate.

Respectfully submitted,

HUSCH BLACKWELL LLP

 /s/ Taylor B. Concannon

| Tessa K. Jacob | KS #15535 |
| Taylor B. Concannon | KS #26668 |

4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
tessa.jacob@huschblackwell.com
taylor.concannon@huschblackwell.com

R. Ryan Harding  (Pro Hac Vice)
235 East High Street, Suite 200
P.O. Box 1251
Jefferson City, MO  65102
Telephone: (573) 635-9118
Facsimile: (573) 634-7854
ryan.harding@huschblackwell.com

**ATTORNEYS FOR DEFENDANT SECURUS TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of October, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                 /s/ Taylor B. Concannon