IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY HUFF and GREGORY RAPP, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:17-cv-02320- JAR-JPO |
| ) | |
| CORECIVIC, INC. f/k/a CORRECTIONS ) | |
| CORPORATION OF AMERICA, ET AL. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Joshua P. Martin be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

1

Respectfully submitted,

 /s/  Taylor B. Concannon
TAYLOR B. CONCANNON        #26668
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
taylor.concannon@huschblackwell.com

Attorney for Defendant Securus Technologies, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on this 2nd day of May, 2018, via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 /s/  Taylor B. Concannon
Attorney for Defendant Securus Technologies, Inc.

KCP-8361385-1