IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY HUFF and GREGORY RAPP, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 2:17-cv-02320- JAR-JPO |
| | ) |
| CORECIVIC, INC. f/k/a CORRECTIONS | ) |
| CORPORATION OF AMERICA, ET AL. | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR
## LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.    My full name is:  Joshua Paine Martin

2.    I practice under the following firm name or letterhead:

Name:                    Securus Technologies, Inc.

Address:                 4000 International Parkway
                         Carrollton, Texas 75007

Telephone Number:        (972) 277-0335

Fax:                     (972) 277-0699

Email address:           joshuamartin@securustechnologies.com

KCP-8361397-1

**EXHIBIT A**

3.    I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| All Texas State Courts | 11/06/2005 | 24037030 |
| U.S. District Court, Northern District of Texas | 02/24/2006 | 24037030 |
| U.S. District Court, Western District of Texas | 01/28/2010 | 24037030 |
| U.S. District Court, Southern District of Texas | 05/15/2008 | 24037030 |
| U.S. District Court, Eastern District of Texas | 11/20/2008 | 24037030 |
| U.S. Bankruptcy Court, Northern District of Texas | 02/24/2006 | 24037030 |
| U.S. Bankruptcy Court, Western District of Texas | 01/28/2010 | 24037030 |
| U.S. Bankruptcy Court, Southern District of Texas | 05/15/2008 | 24037030 |
| U.S. Bankruptcy Court, Eastern District of Texas | 11/20/2008 | 24037030 |

4.    I have reviewed D. Kan. Rule 83.5.4.  Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.    I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.    I am in good standing in all bars of which I am a member.

7.    No disciplinary or grievance proceedings have been previously filed against me.

8.    No disciplinary or grievance proceedings are pending against me in any jurisdiction.

KCP-8361397-1

**EXHIBIT A**

9.      I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.     I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.  I understand I will receive System-generated notices of electronic filing.

_____
Joshua P. Martin

STATE OF TEXAS          )
                        ) ss
COUNTY OF DENTON   )

On this _18th_ day of April, 2018, before me, a Notary Public, personally appeared Joshua Martin, known to me to be the person who executed the within Affidavit and stated that the foregoing is true and accurate to the best of his knowledge, information, and belief.

_____
Notary Public

My Commission expires: _September 7, 2021_

CINDY A. CAREY
My Notary ID # 2222062
Expires September 7, 2021

KCP-8361397-1

**EXHIBIT A**