UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ASHLEY HUFF and GREGORY RAPP, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 17-2320-JAR |
| CORECIVIC, INC., f/k/a Corrections Corporation of American, and SECURUS TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

On August 2, 2018, the court granted the parties' joint motion to stay the case and vacate deadlines while they attempted to reach a settlement (ECF No. 94). To date, a settlement has not been reached, so the parties have submitted a proposed amended scheduling order for the court's consideration. The court finds good cause to enter the order proposed, and the scheduling order (ECF No. 22) is hereby amended as summarized in the table that follows:

| AMENDED DEADLINES AND SETTINGS ||
| --- | --- |
| Event | Deadline/Setting |
| Plaintiff's settlement proposal | Within 5 business days of Court's ruling on class certification. |
| Defendant's settlement counter-proposal | Within 5 business days of plaintiffs' settlement proposal |
| Jointly filed mediation notice, or confidential settlement reports to magistrate judge | Within 14 days of defendants' settlement proposal |
| Supplementation of initial disclosures | 40 days before discovery closes |
| All discovery completed re class certification | April 1, 2019 |
| Experts disclosed by defendant CoreCivic re class certification | January 14, 2019 |
| Rebuttal experts disclosed re class certification | March 1, 2019 |
| Class-certification and *Daubert* motions | May 1, 2019 |
| Responses to class-certification and *Daubert* motions | June 3, 2019 |
| Reply briefs re class-certification and *Daubert* motions | June 24, 2019 |
| Monthly status reports | 1st business day of each month |
| Updated Rule 26(f) report | Within 14 days of class certification ruling |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated November 5, 2018, at Kansas City, Kansas.

                                                              s/ James P. O'Hara

                                                               James P. O'Hara
                                                               U.S. Magistrate Judge