## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> CoreCivic, Inc., f/k/a Corrections Corporation of America, et al. </br></br> Defendants. | Case No. 2:17-cv-2320-JAR |

## ORDER

Plaintiffs have filed an unopposed motion (ECF No. 103) for production of the transcripts of all depositions and accompanying exhibits taken in *Crane/Johnson v CoreCivic, Inc., et al.,* (W.D. Mo. No. 4:16-cv-00947). The motion is granted. By agreement of the parties, on or before December 11, 2018, defendant CoreCivic, Inc. will produce the transcripts of all depositions, and accompanying exhibits, taken in *Crane/Johnson*. The transcripts will remain subject to the Protective Order and all confidentiality designations to which they are currently subject in *Crane/Johnson*.

IT IS SO ORDERED.

Dated November 27, 2018, at Kansas City, Kansas.

                                                      s/ James P. O"Hara </br>
                                                    JAMES P. O'HARA </br>
                                                    U.S. Magistrate Judge