IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ASHLEY HUFF and GREGORY RAPP,** individually and on behalf of all others similarly situated,<br><br>      **Plaintiff,**<br><br>v.<br><br>**CORECIVIC, INC. f/k/a CORRECTIONS CORPORATION OF AMERICA, and SECURUS TECHNOLOGIES, INC.,**<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No.: 17-2320-JAR**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Having considered the Unopposed Motion for Leave to Take Deposition of Individual Confined in Prison (ECF No. 129) filed by Defendant CoreCivic, Inc., f/k/a Corrections Corporation of America ("CoreCivic"), pursuant to Fed. R. Civ. P. 30(a)(2)(B), to take the deposition of named Plaintiff Gregory Rapp,

IT IS ORDERED that the Motion is GRANTED and that Defendant CoreCivic may depose Plaintiff Gregory Rapp.

IT IS SO ORDERED.

Dated March 6, 2019, at Kansas City, Kansas.

                   s/ James P. O'Hara
                   JAMES P. O'HARA
                   United States Magistrate Judge