IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ASHLEY HUFF and GREGORY RAPP, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:17-2320-JAR |
| CORECIVIC, INC. f/k/a CORRECTIONS CORPORATION OF AMERICA, and SECURUS TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**SECOND AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 133) to extend the discovery and class certification deadlines as set forth in the amended scheduling order, filed on November 5, 2018 (ECF No. 101). For good cause shown, the motion is granted and the scheduling order is amended as follows:

| AMENDED DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Plaintiff's settlement proposal | Within 5 business days of Court's ruling on class certification |
| Defendant's settlement counter-proposal | Within 5 business days of plaintiffs' settlement proposal |
| Jointly filed mediation notice, or confidential settlement reports to magistrate judge | Within 14 days of defendants' settlement proposal |
| Supplementation of initial disclosures | 40 days before discovery closes |
| All discovery completed re class certification | August 1, 2019 |
| Class-certification and *Daubert* motions | August 29, 2019 |
| Responses to class-certification and *Daubert* motions | October 1, 2019 |
| Reply briefs re class-certification and *Daubert* motions | October 22, 2019 |
| Monthly status reports | 1st business day of each month |
| Updated Rule 26(f) report | Within 14 days of class certification ruling |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 14, 2019, at Kansas City, Kansas.

   s/ James P. O'Hara

James P. O'Hara

U.S. Magistrate Judge
