### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:17-cv-02320-JAR-JPO |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, et al. | ) ) ) ) |
| Defendants. | ) ) ) |

## **JOINT STATUS REPORT**

Pursuant to Court Order (Doc. 22), parties have prepared the following status order for the month of May, 2019.

In May, Plaintiffs continued reviewing discovery materials, and preparing for class certification briefing. Plaintiffs also prepared for and attended mediation with defendants.

For their part, Defendants responded to discovery, reviewed and produced documents, and conferred with Plaintiffs on various discovery matters. Defendants also requested depositions, which are in the process of being scheduled.

**HORN AYLWARD & BANDY, LLC**

 */s/ Joseph A. Kronawitter*
Robert A. Horn            KS #70254
Joseph A. Kronawitter     KS #19665
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
rhorn@hab-law.com
jkronawitter@hab-law.com

**LAW OFFICES OF BRIAN TIMOTHY MEYERS**

 */s/ Brian T. Meyers*
Brian Timothy Meyers
Brian C. McCart
1044 Main Street, Suite 400
Kansas City, Missouri 64105
Telephone: (816) 842-0006
btmeyers@btm-law.com
bmccart@btm-law.com

*ATTORNEYS FOR PLAINTIFFS*


**HUSCH BLACKWELL, LLP**

 */s/ Tessa Jacob*
Tessa Jacob              KS #15535
Alyssa M. Mayer        KS #27746
4801 Main St., Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Email: tessa.jacob@huschblackwell.com
       alyssa.mayer@huschblackwell.com

R. Ryan Harding
235 East High St., Suite 200
P.O. Box 1251
Jefferson City, MO 65102
(Pro Hac Vice)
Telephone: (573) 635-9118
Facsimile: (573) 634-7854
Email: ryan.harding@huschblackwell.com

*ATTORNEYS FOR DEFENDANT*
*SECURUS TECHNOLOGIES, INC.*


**POLSINELLI PC**

/s/ *Thomas G. Kokoruda*
Thomas G. Kokoruda          (#22293)
Lauren E. Tucker McCubbin  (#21960)
Amy D. Fitts                (#78293)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Phone: (816) 753-1000
Fax: (816) 753-1536
tkokoruda@polsinelli.com
ltucker@polsinelli.com
afitts@polsinelli.com

*ATTORNEYS FOR DEFENDANT*
*CORECIVIC, INC.*


## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

/s/ *Joseph A. Kronawitter*