IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CoreCivic, Inc., f/k/a Corrections Corporation of America, <br><br> and <br><br> Securus Technologies, Inc. <br><br> Defendants. | Case No. 2:17-cv-02320 |

**EXHIBIT INDEX FOR UNOPPOSED MOTION OF PLAINTIFFS FOR ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, DIRECTING DISTRIBUTION OF CLASS NOTICE, SETTING HEARING FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPOINTING CLASS COUNSEL**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Restated Settlement Agreement |
| 2 | Robert A. Horn Affidavit |
| 3 | Joseph A. Kronawitter Affidavit |
| 4 | Brian T. Meyers Affidavit |
| 5 | Class Notice |
| 6 | Proposed Order granting Motion for Conditionally Certifying Settlement Class, Preliminarily Approving Class Action Settlement, Directing Distribution of Class Notice, Setting Hearing for Final Approval of Class Action Settlement and Appointing Class Counsel |