## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:17-cv-02320 |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | ) ) ) ) |
| and | ) ) |
| Securus Technologies, Inc. | ) ) |
| Defendants. | ) ) ) |

**EXHIBIT INDEX FOR MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Joseph A. Kronawitter Declaration |
| 2 | Brian T. Meyers Declaration |
| 3 | Robert A. Horn Declaration (Ex. 2 to Motion for Preliminary Approval, Doc. 140-3) |
| 4 | Joseph A. Kronawitter Declaration (Ex. 3 to Motion for Preliminary Approval, Doc. 140-4) |
| 5 | Brian T. Meyers Declaration (Ex. 4 to Motion for Preliminary Approval, Doc. 140-5) |
| 6 | Class Notice |
| 7 | Ashley Huff Affidavit |
| 8 | Gregory Rapp Affidavit |