# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:17-cv-02320 |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | ) ) ) ) | |
| and | ) ) | |
| Securus Technologies, Inc. | ) ) | |
| Defendants. | ) ) | |

**MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CoreCivic, Inc., f/k/a Corrections Corporation of America, <br><br> and <br><br> Securus Technologies, Inc. <br><br> Defendants. | Case No. 2:17-cv-02320 |

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

1. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

2. I am duly licensed to practice law in the State of Missouri, in the State of Kansas, the United States District Court of the Western District of Missouri, the United States District Court for the District of Kansas, the United States Court of Appeals for the Eighth Circuit and the United States Court of Appeals for the Tenth Circuit.

3. I am counsel of record for the Plaintiffs in this case.

4. I received my Bachelor of Science Degree in Education from the University of Kansas in 1995. I received my Juris Doctorate Degree from the University of Missouri-Kansas City in 1999.

5.  Following graduation from law school, I was admitted to the State bar of Missouri in 1999, and to the State bar of Kansas in 2000. I first practiced law with the firm Beckett & Hensley, LC in Kansas City, Missouri from 1999 to 2002, where my practice involved general civil litigation including personal injury litigation, products liability litigation, commercial litigation and class action litigation. In 2002, I joined the law firm Horn Aylward & Bandy, LLC where I am a partner, and I practice in the areas of general civil, commercial and class action litigation.

6.  I am also currently an adjunct professor at the University of Missouri-Kansas City Law School, where I teach the course *Class Actions and MDL Practice*.

7.  I have experience in class action litigation, including representing plaintiffs in numerous state and federal courts including Kansas, Missouri, Illinois, California and other jurisdictions. Some of the class actions indicative of my experience include:

   a. I was plaintiffs' counsel in a class action brought by policyholders across the country against an insurance company, alleging breach of contract and misrepresentation. That case settled for several million dollars.[1]

   b. I was plaintiffs' counsel in a class action lawsuit against a health insurance company for breach of contract. That case, brought by thousands of physicians practicing in the states of Kansas and Missouri, alleged that the insurer breached agreements with physicians for reimbursements. That case settled for several million dollars, and significant injunctive relief for the class.[2]

---

[1] *Massey v. Shelter Life Insurance Company*, U.S. District Court for the Western District of Missouri, Case No. 05-CV-4106-NKL.
[2] *Rockhill Orthopaedics v. Humana*, Jackson County, Missouri Case No. 0716CV-23210.

    c. I was plaintiffs' counsel in a Missouri federal court class action that eventually resulted in more than $20 million settlement on behalf of consumers across the country.[3]

    d. I am plaintiffs' counsel in a very large MDL in the District of Kansas, and was actively involved in every facet of that case through many years of litigation, appeals and a bellwether trial. Those claims ultimately settled with more than two dozen motor fuel refiners and retailers for relief worth tens of millions of dollars.[4]

    e. I was plaintiffs' counsel in a series of complex investor securities lawsuits brought under state blue sky laws against a large bond underwriter, stemming from the collapse of a $39-million-dollar municipal bond offering. Those cases were litigated for several years in Missouri state courts and FINRA arbitration and were resolved just before trial for a confidential amount.[5]

8. I have been extensively involved in the litigation and settlement of the matter at bar. Except as otherwise noted, each of the facts set forth herein is true and correct within my personal knowledge, and if called and sworn as a witness, I would competently testify thereto.

9. Since March 2017 to the present, Class Counsel has spent considerable time and effort on behalf of the Class Members, which is set forth in the table below. This time and effort includes, but is not limited to investigating the merit of these claims and interviewing witnesses, preparing and reviewing pleadings as evidenced by the Court's docket, meetings, telephone calls, and conferences with plaintiffs pertaining to issues surrounding claims investigation and settlement and answering Class Members and non-class members' questions regarding the settlement.

---

[3] *Beverly Block v. Ohio State Life Insurance*, U.S. District Court for the Western District of Missouri, Case No. 06-CV-4118-GAF

[4] *In re Motor Fuel Temperature Sales Practices Litigation*, U.S. District Court for the District of Kansas, Case No. 07-md-1840-KHV.

10. After protracted arms-length negotiations with Defendants' counsel, I and my co-counsel were able to reach an agreement with Defendants that provides monetary compensation to class members in exchange for a release of their wiretap claims.

11. After resolving the settlement provisions that provide relief to the class, Plaintiffs' and Defendants' counsel began negotiating payment of attorneys' fees and costs and were able to reach an agreement on that phase of the settlement as well.

12. Our firm has maintained time reports regarding the attorneys who have worked on this litigation, the number of hours those individuals worked, their regular billing rates, and their respective lodestar values. Below is a summary of the hours our firm has spent pursuing this matter on behalf of the class:

| **Attorney** | **Rate** | **Hours** |
|---|---|---|
| Robert Horn | $500/hr. | 205 |
| Joseph Kronawitter | $400/hr. | 868 |
| Quinten Fisher | $270/hr. | 43 |
| Robert Givens | $270/hr. | 7 |
| Wade Schilling | $270/hr. | 43 |
| Kate Stuart | $125/hr. | 501 |

13. These numbers do not account for all the work yet to be done in finalizing the briefing for the fairness hearing, meetings and conferences leading up to the fairness hearing, preparing for and appearing at the fairness hearing, briefing and addressing the objections to the settlement that may be filed in the coming weeks, handling calls from Class Members regarding the

---

[5] *City of Moberly, Missouri/Mamtek securities litigation.*

settlement if final approval is granted, and any additional work, including appellate briefing, that may be necessary.

14. Class Counsel exercised billing judgment to exclude redundancy in keeping their time records. Assignments were coordinated so as to avoid duplicative work and when less experienced attorneys could adequately perform the work they were used instead of more experienced attorneys.

15. Our firm has incurred costs and expenses for the filing fee, online legal research, federal Pacer access charges and hearing transcription costs totaling $8,540.92. Our firm also has an outstanding expense for the Settlement Administrator for its work handling the notice and settlement administration, in the amount of $25,000. These expenses are part of the $498,800 fee/expense award sought herein.

16. Based on my experience and the specific facts of the case, I believe the Settlement is fair, reasonable, and adequate. The Settlement offers tangible benefits to class members.

I declare that to the best of my knowledge, the foregoing is true and correct.

Executed this 27th day of December, 2019 in Kansas City, Missouri.

_____
Joseph A. Kronawitter