IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:17-cv-02320 |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | ) ) ) ) | |
| and | ) ) | |
| Securus Technologies, Inc. | ) ) | |
| Defendants. | ) ) | |

**MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., f/k/a Corrections Corporation of America,<br><br>    and<br><br>Securus Technologies, Inc.<br><br>    Defendants. | Case No. 2:17-cv-02320 |

### DECLARATION OF ATTORNEY BRIAN TIMOTHY MEYERS

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am co-class counsel for Plaintiffs in this matter.

2. I am the owner of the firm Law Offices of Brian Timothy Meyers, located at 1044 Main Street, Suite 400, Kansas City, Missouri 64105.

3. I have reviewed the time and expense records relating to *Huff, et al. v. CoreCivic, Inc., f/k/a Corrections Corporation of America, et al.* Case No. 2:17-cv-02320-JAR-JPO.

4. I am not claiming any expenses at this time.

5. My firm's hourly time and rates for this case are as follows:

1

|                  | Hours | Rate  | Total    |
|------------------|-------|-------|----------|
| **Brian T. Meyers** | 102   | $450  | $45,900  |
| **Brian McCart**    | 85    | $350  | $29,750  |

6. If the Court requests, I will provide my fee statement to the Court *in camera* which provides details of our time.

Dated: 12/27/2019

Brian Timothy Meyers  KS Bar No. 70630

2