IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:17-cv-02320 ) |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | ) ) ) |
| and | ) ) |
| Securus Technologies, Inc. | ) ) |
| Defendants. | ) ) |

**MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND CLASS
REPRESENTATIVE INCENTIVE AWARDS**

# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:17-cv-02320 |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | )<br>)<br>) |
| and | )<br>) |
| Securus Technologies, Inc. | )<br>) |
| Defendants. | )<br>) |

**UNOPPOSED MOTION OF PLAINTIFFS FOR ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, DIRECTING DISTRIBUTION OF CLASS NOTICE, SETTING HEARING FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT <u>AND APPOINTING CLASS COUNSEL</u>**

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., f/k/a Corrections Corporation of America,<br><br>and<br><br>Securus Technologies, Inc.<br><br>Defendants. | Case No. 2:17-cv-02320 |

**DECLARATION OF COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR SETTLEMENT CLASS CERTIFICATION**

I, Robert A. Horn, declare as follows:

1. I am licensed to practice law before Kansas federal district courts, in the State of Missouri before all Missouri state courts and Missouri federal district courts, before the Eighth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, and the United States Supreme Court.

2. I am plaintiffs' counsel of record in this case.

3. I received my undergraduate degree from the University of Missouri-Columbia where I graduated in 1976 Phi Beta Kappa. I received my law degree from the University of Missouri-Columbia in 1979 where I was a member of the Law Review. Immediately after graduation I moved to Kansas City and began practicing law with Blackwell Sanders Matheny Weary & Lombardi. I became a partner in that firm in 1984. In 1999, I co-founded the firm of

Horn Aylward & Bandy, LLC and continue to practice in the areas of product liability, general civil, commercial litigation and class action litigation.

4.  I have tried over 40 cases to conclusion to a jury. I have tried jury trials in state and federal courts in Missouri, Arkansas, Kansas, Nebraska, Oklahoma and New Mexico.

5.  I, and my firm, maintain the highest legal rating by Martindale-Hubbell. I have been selected by my peers in the Kansas City metropolitan area as one of the "Best of the Bar." I have been chosen by the Missouri and Kansas *Superlawyers* publication. I have been selected by my peers for inclusion in The Best Lawyers in America, for work in Mass Tort Litigation/Class Actions. The KCMBA selected me as Congenial Counselor in 2010 and Dean of the Trial Bar in 2015.

6.  I have served as a Regional Counsel for a major consumer product manufacturer for over 25 years. In that role, I have actively coordinated the management of hundreds of lawsuits with lawyers throughout the country.

7.  I have experience in class action litigation, including representing plaintiffs in class actions in Kansas and Missouri state and federal courts. Some of the class actions indicative of my experience include:

   a. I was lead attorney for a company sued by over 100,000 independent sales representatives who alleged they had been underpaid commissions and been defrauded. In that litigation, I successfully cross-claimed against a co-defendant and arbitrated that dispute to a conclusion resulting in a $60 million plus arbitration award for my client.[1]

   b. I was selected by the court to serve as co-lead counsel to chair the plaintiffs' leadership group in a very large MDL in the District of Kansas. In that role, my

---

[1] *Byrd v. Sprint and Network 2000.*

2

  firm actively oversaw and coordinated numerous plaintiff law firms through many years of litigation, appeals, a bellwether trial and ultimately settlement with more than two dozen motor fuel refiners and retailers.[2]

c. I was plaintiffs' counsel in a series of complex investor securities lawsuits brought under state blue sky laws against a large bond underwriter, stemming from the collapse of a multimillion-dollar municipal bond offering. Those cases were litigated for several years in Missouri state court and FINRA arbitration and were resolved just before trial for a confidential amount.[3]

d. I was plaintiffs' counsel in a class action brought by policyholders across the country against an insurance company, alleging breach of contract and misrepresentation. That case settled for several million dollars.[4]

e. I was lead plaintiffs' counsel in a class action brought by policyholders across the country against an insurer and several corporate parent companies. That litigation was particularly complex, involving multiple cases across the country, requiring a high degree of coordination and cooperation among the plaintiffs' counsel. That case settled for a total value in excess of $20,000,000.[5]

f. I was plaintiffs' counsel in a class action lawsuit against a health insurance company for breach of contract. That case, brought by thousands of physicians practicing in the states of Kansas and Missouri, alleged that the insurer breached

---

[2] *In re Motor Fuel Temperature Sales Practice Litigation.*
[3] *City of Moberly, Missouri/Mamtek securities litigation.*
[4] *Massey, et al. v. Shelter Life Insurance Company.*
[5] *Block v. Ohio State Life Insurance Company.*

3

agreements with physicians for reimbursements. That case settled for several million dollars, and significant injunctive relief for the class.[6]

g. I was class counsel in a class action lawsuit against an auto financing company on behalf of individuals across the United States who had purchased auto GAP contracts. The case settled for a common fund and significant injunctive relief for the class.[7]

h. I was class counsel in a class action lawsuit against a company providing warranty services for water service lines. That case, brought by individuals in Kansas and Missouri, settled for a common fund significant injunctive relief for the class.[8]

8. I respectfully request consideration for appointment as one of the plaintiffs' settlement class counsel in this litigation.

Executed this 23rd day of August, 2019.

Robert A. Horn

---

[6] *Rockhill Orthopaedics v. Humana.*
[7] *Brown v. Ally Financial.*
[8] *Komoroski v. Utility Service Partners Private Label, Inc., d/b/a Service Line Warranties of America.*