# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:17-cv-02320 |
| | ) |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | )<br>)<br>) |
| and | ) |
| | ) |
| Securus Technologies, Inc. | )<br>) |
| Defendants. | )<br>)<br>) |

**MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., f/k/a Corrections Corporation of America,<br><br>and<br><br>Securus Technologies, Inc.<br><br>Defendants. | Case No. 2:17-cv-02320 |

**UNOPPOSED MOTION OF PLAINTIFFS FOR ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, DIRECTING DISTRIBUTION OF CLASS NOTICE, SETTING HEARING FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND <u>APPOINTING CLASS COUNSEL</u>**

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., f/k/a Corrections Corporation of America,<br><br>and<br><br>Securus Technologies, Inc.<br><br>Defendants. | Case No. 2:17-cv-02320 |

**DECLARATION OF COUNSEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR SETTLEMENT CLASS CERTIFICATION**

I, Joseph A. Kronawitter, certify and declare as follows:

1. I am duly licensed to practice law in the State of Kansas, in the State of Missouri, the United States District Court of the Western District of Missouri, the United States District Court for the District of Kansas, the United States Court of Appeals for the Eighth Circuit and the United States Court of Appeals for the Tenth Circuit.

2. I am counsel of record for the Plaintiffs in this case.

3. I received my Bachelor of Science Degree in Education from the University of Kansas in 1995. I received my Juris Doctorate Degree from the University of Missouri-Kansas City in 1999.

4. Following graduation from law school, I was admitted to the State bar of Missouri in 1999, and to the State bar of Kansas in 2000. I first practiced law with the firm Beckett & Hensley,

LC in Kansas City, Missouri from 1999 to 2002, where my practice involved general civil litigation including personal injury litigation, products liability litigation, commercial litigation and class action litigation. In 2002, I joined the law firm Horn Aylward & Bandy, LLC where I am a partner, and I practice in the areas of general civil, commercial and class action litigation.

5. I have experience in class action litigation, including representing plaintiffs in numerous state and federal courts including Kansas, Missouri, and California. Some of the class actions indicative of my experience include:

   a. I was plaintiffs' counsel in a class action brought by policyholders across the country against an insurance company, alleging breach of contract and misrepresentation. That case settled for several million dollars.[1]

   b. I was plaintiffs' counsel in a class action lawsuit against a health insurance company for breach of contract. That case, brought by thousands of physicians practicing in the states of Kansas and Missouri, alleged that the insurer breached agreements with physicians for reimbursements. That case settled for several million dollars, and significant injunctive relief for the class.[2]

   c. I was plaintiffs' counsel in a Missouri federal court class action that eventually resulted in more than $20 million settlement on behalf of consumers across the country.[3]

   d. I am plaintiffs' counsel in a very large MDL in the District of Kansas, and was actively involved in every facet of that case through many years of litigation,

---

[1] *Massey v. Shelter Life Insurance Company*, U.S. District Court for the Western District of Missouri, Case No. 05-CV-4106-NKL.
[2] *Rockhill Orthopaedics v. Humana*, Jackson County, Missouri Case No. 0716CV-23210.
[3] *Beverly Block v. Ohio State Life Insurance*, U.S. District Court for the Western District of Missouri, Case No. 06-CV-4118-GAF

appeals, a bellwether trial and ultimately settlement with more than two dozen motor fuel refiners and retailers for relief worth tens of millions of dollars.[4]

    e. I was plaintiffs' counsel in a series of complex investor securities lawsuits brought under state blue sky laws against a large bond underwriter, stemming from the collapse of a $39-million-dollar municipal bond offering. Those cases were litigated for several years in Missouri state courts and FINRA arbitration and were resolved just before trial for a confidential amount.[5]

    f. I was class counsel in a class action lawsuit against an auto financing company on behalf of individuals across the United States who had purchased auto GAP contracts. The case settled for a common fund and significant injunctive relief for the class.[6]

    g. I was class counsel in a class action lawsuit against a company providing warranty services for water service lines. That case, brought by individuals in Kansas and Missouri, settled for a common fund significant injunctive relief for the class.[7]

    6. I respectfully request consideration for appointment as one of the plaintiffs' settlement class counsel in this litigation.

Executed this 23 day of August, 2019.

                                                                  Joseph A. Kronawitter

---

[4] *In re Motor Fuel Temperature Sales Practices Litigation*, U.S. District Court for the District of Kansas, Case No. 07-md-1840-KHV.

[5] *City of Moberly, Missouri/Mamtek securities litigation.*

[6] *Brown v. Ally Financial, Inc.*, U.S. District Court for the District of Western Missouri, Case No. 13-cv-01151-BCW.

[7] *Komoroski v. Utility Service Partners Private Label, Inc., d/b/a Service Line Warranties of America*, U.S. District for the Western District of Missouri, Case No. 16-cv-00294-DGK.