# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:17-cv-02320 |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | ) ) ) ) | |
| and | ) ) | |
| Securus Technologies, Inc. | ) ) | |
| Defendants. | ) ) | |

**MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

# Exhibit 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:17-cv-02320 |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | ) ) ) ) | |
| and | ) ) | |
| Securus Technologies, Inc. | ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION OF PLAINTIFFS FOR ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, DIRECTING DISTRIBUTION OF CLASS NOTICE, SETTING HEARING FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND <u>APPOINTING CLASS COUNSEL</u>**

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., f/k/a Corrections Corporation of America,<br><br>and<br><br>Securus Technologies, Inc.<br><br>Defendants. | Case No. 2:17-cv-02320 |

## DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Brian Timothy Meyers, declare as follows:

1. I am licensed to practice law in the State of Missouri, before all Missouri state courts, Missouri federal district courts, and Kansas federal district courts.

2. I am plaintiffs' counsel of record, and I respectfully request consideration for appointment as one of the plaintiffs' lead counsel in this litigation. I believe my qualifications, background and experience provide me with the characteristics necessary to serve in a position of leadership, and advance this litigation in an organized, timely and equitable manner.

3. I received my undergraduate degree from the University of Missouri-Columbia where I graduated in 1976. I received my law degree from Washburn University in 1982. Immediately after graduation I moved to Kansas City and began practicing law. In 1987 I

founded the firm Law Offices of Brian Timothy Meyers and continue to practice in the areas of product liability, general civil, commercial litigation and class action litigation.

4. I have tried many cases to conclusion to a jury. I have tried cases in state and federal courts in Missouri and Kansas.

5. I, and my firm, maintain the highest legal rating by Martindale-Hubbell. I have been selected by my peers in the Kansas City metropolitan area as one of the "Best of the Bar."

6. I have decades of experience in litigation representing plaintiffs in Kansas and Missouri state and federal courts, including prior experience as class counsel: *DEBORAH BROWN, on behalf of herself and on behalf of all others similarly situated v. ALLY FINANCIAL, INC.*, U.S. District Court for the Western District of Missouri, Case No. 4:13-cv-01151-BCW.

7. I promise the Court that, if selected to a position of leadership in this case, I will work with other plaintiffs' counsel and defendants' counsel in an amicable and facilitative manner to advance this litigation.

8. I, along with the members of my firm, are prepared to vigorously and zealously pursue this case on behalf of the class through trial if necessary. I promise the Court that my firm will provide the resources and time needed to advance this litigation and properly represent the plaintiffs.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct and this Declaration was executed on August 23, 2019.

_____
Brian Timothy Meyers