# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:17-cv-02320 |
| | ) |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | )<br>)<br>) |
| and | ) |
| | ) |
| Securus Technologies, Inc. | )<br>) |
| Defendants. | )<br>)<br>) |

**MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., f/k/a Corrections Corporation of America,<br><br>　　　　and<br><br>Securus Technologies, Inc.<br><br>　　　　Defendants. | Case No. 2:17-cv-02320 |

### AFFIDAVIT OF GREGORY RAPP

I, Gregory Rapp, hereby state as follows:

1.　I am of lawful age and hereby make the following affidavit based upon my personal knowledge.

2.　I am a named plaintiff in the case called *Huff, et al. v. CoreCivic, Inc. f/k/a Corrections Corporation of America*, Case No. 2:17-cv-02320 now pending in the U.S. District Court for the District of Kansas.

3.　I understand that a settlement has been reached with CoreCivic, Inc. f/k/a Corrections Corporation of America and Securus Technologies, Inc., and that approval of the settlement is now being sought in this Court.

4.　I understand that for purposes of the settlement, I am a proposed class representative of a settlement class that is defined as:

> All detainees at Leavenworth Detention Center who, during the period of June 1, 2014 through June 19, 2017, had their attorney-client telephone calls recorded by Defendants: (a) after the detainee requested privatization of his or her attorney's phone number (subclass A); (b) after his or her attorney requested privatization of the attorney's phone number (subclass B); (c) after Judge Robinson's cease and desist order on August 10, 2016, in the case styled *U.S. v. Black*, Case No. 2:16-CR-20032 (subclass C); or (d) after the detainee or his or her attorney otherwise notified one or more Defendants in writing of their attorney-client relationship and provided written notification of the attorney's phone number at issue (subclass D).

5. I understand my duties and representational responsibilities to the class that I represent. I also understand the claims that have been asserted in this case and the settlement benefits that are being provided to the class that I represent.

6. I believe the settlement is in the best interests of the class I represent, and that the settlement is fair and reasonable.

7. I understand that under the terms of the Settlement, Class Counsel will apply for payment of attorneys' fees, costs, litigation expenses, class notice and Costs of Settlement Administration expenses up to $488,800, and I believe that request is reasonable.

8. I also understand that under the terms of the Settlement, Class Counsel will apply for payment of representative incentive awards for myself and the other named class representative in the amount of $5,000 each, and I believe that request is reasonable.

9. I have participated in this litigation since 2017. My lawsuit was filed on or about June 1, 2017.

10. Over the course of these proceedings, I have expended approximately 25 total hours of my time actively working on this case. Including time spent responding to discovery, preparing for mediation, and meeting and working with my counsel on general preparation and discovery in this matter.

FURTHER AFFIANT SAYETH NOT.

_____

Subscribed and sworn to before me this ~~OR~~ 21st day of Octo_____, 2019.

_____
NOTARY PUBLIC
My Commission Expires:

*Unit Manager*
AUTHORIZED BY THE ACT OF
JULY 7, 1955 TO ADMINISTER
OATHS (18 USC, 4004)

USP Leavenworth, KS
10-23-2019

3