IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 2:17-cv-02320-JAR-JPO |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, et al. | ) ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT RESPONSE IN OPPOSITION TO TYWAN A. POOLE'S MOTION FOR DETERMINATION

The parties, by and through their attorneys, respectfully oppose Tywan A. Poole's motion for determination (Doc. 154).

This is the fourth attempt by Mr. Poole to involve himself in this case. On November 13, 2017, Mr. Poole filed a motion to intervene (Doc. 46), which was denied by the Court (Doc. 48). On January 23, 2018, Mr. Poole again attempted to intervene in this matter (Doc. 61). That attempt was also rejected by the Court (Doc. 68). On November 13, 2019 Mr. Poole filed a third motion to join/intervene (Doc. 147) which is fully-briefed. Concurrent with his reply in support of his third motion to join/intervene, Mr. Poole filed the instant motion.

Mr. Poole's latest motion does not raise new arguments or facts that were not raised in Mr. Poole's prior filings. The parties have fully responded to each of Mr. Poole's previous motions, and hereby adopt and incorporate their previous responses as though fully set forth herein. *See* Doc. 65, 66, and 148.

For the reasons set forth above, the parties respectfully request that this Court enter an order denying Mr. Poole's motion for determination.

Date:   December 30, 2019           Respectfully submitted,

  /s/ Joseph A. Kronawitter
Robert A. Horn                    KS #70254
Joseph A. Kronawitter             KS #19665
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
rhorn@hab-law.com
jkronawitter@hab-law.com

Brian Timothy Meyers
Brian C. McCart
LAW OFFICES OF BRIAN TIMOTHY MEYERS
1044 Main Street, Suite 400
Kansas City, Missouri 64105
Telephone: (816) 842-0006
btmeyers@btm-law.com
bmccart@btm-law.com

*Attorneys for Plaintiffs*

**HUSCH BLACKWELL, LLP**

  /s/ Tessa Jacob
Tessa Jacob                       KS #15535
4801 Main St., Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Email: tessa.jacob@huschblackwell.com

  /s/ R. Ryan Harding
R. Ryan Harding
235 East High St., Suite 200
P.O. Box 1251
Jefferson City, MO 65102
(Pro Hac Vice)
Telephone: (573) 635-9118
Facsimile: (573) 634-7854
Email: ryan.harding@huschblackwell.com

*ATTORNEYS FOR DEFENDANT*
*SECURUS TECHNOLOGIES, INC.*

**POLSINELLI PC**

  /s/ Amy D. Fitts
Thomas G. Kokoruda    (#22293)
Lauren E. Tucker McCubbin  (#21960)
Amy D. Fitts    (#78293)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Phone: (816) 753-1000
Fax: (816) 753-1536
tkokoruda@polsinelli.com
ltucker@polsinelli.com
afitts@polsinelli.com

*ATTORNEYS FOR DEFENDANT*
*CORECIVIC, INC.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 30, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

  A true and accurate copy of the foregoing was also served via U.S. Mail, postage prepaid on:

  Tywan A. Poole #25194-045
  FCI Forrest City Low
  PO Box 9000
  Forrest City, AR 72336


              */s/ Joseph A. Kronawitter*