Johnny Lee Ivory, III
100 Highway Terr
Leavenworth, Ks 66048

January 6, 2020

FILED
JAN 08 2020
TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

District Court Clerk
United States District Court
Courtroom 427
500 State Avenue, Ste. 511
Kansas City Kansas, 66101

Re: Objection To Class Settlement
    Huff v. Core Civic, Inc Case No. 17-cv-02320

Dear Court Clerk,

    I am currently class member D in the lawsuit which is entitled Huff v. Core Civic. I was incarcerated in pretrial detention at CCA from June 3, 2013 through January 8, 2016. During my incarceration four co defendants and I actually went to trial and were found guilty by a jury of our peers. My case is currently on remand based on some specific sentencing issues. The issues relevant to this appeals are still being heavily litigated in the district court with a possibility that the case goes back in front of the Tenth Circuit for a third time.
    The major evidence used to convict me and my co defendants which are relevant to our appeal were intercepted phone calls. Some of these calls have been held by the district court to be illegal under federal law. At this point in time it is a fact that at the very least the government had access to my recorded phone calls made between my attorney and I prior to my jury trial. It is even possible that the government may have had these communications in its possession while preparing to prosecute my case. If true this would be even more troubling. Notwithstanding the previous statement it is my belief that the prejudicial effect from the government having access to my privileged phone calls prior to my federal trial has not been taken into account based on how the current settlement agreement assigned its class members. The settlement agreement should take into account these factors prior to placing me in a certain class.

Conclusion

    I am requesting that the fact that my right to a fair trial has potentially been breached be taken into account prior to me being placed in a specific class. Based on this fact I am requesting the district court to place me in class A of the settlement agreement. At the very least I request this court to place me in category B. This is the depth of my objection.

Respectfully Submitted,

Johnny Lee Ivory, III   #23201031

## Declaration of Johnny Lee Ivory III

State of Kansas )
)
)
County of )
Leavenworth

_____

Johnny Lee Ivory III, , declare and state the following is true and correct account of the facts:

1. My name is Johnny Lee Ivory. I am over 18 years of age and a party to this action. I currently am incarcerated at 100 Highway Terr in Leavenworth, Kansas 66048. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I received a notice from this federal court that I am currently class member D in the civil action titled Huff v. Core Civic . I make this affidavit as proof that the notice was duly served in this action.

This declaration is made by Johnny Lee Ivory III under penalty of perjury pursuant to 28 U.S.C. 1746.

*[signature]* #23201031
Johnny Lee Ivory III