**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:17-cv-02320 ) |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | ) ) ) |
| and | ) ) |
| Securus Technologies, Inc. | ) ) |
| Defendants. | ) ) |

**EXHIBIT INDEX FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Kirk Goza Affidavit |
| 2 | RG2, Settlement Administrator, Affidavit |