IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:17-cv-02320 |
| CoreCivic, Inc., f/k/a Corrections Corporation of America, | ) ) ) ) | |
| and | ) ) | |
| Securus Technologies, Inc. | ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF KIRK GOZA**

I, Kirk Goza, hereby state as follows:

1. I am senior counsel with Goza Honnold, LLC in Overland Park, Kansas, and have over thirty years of experience as a trial lawyer specializing in tort litigation. I presently and for the past twenty years have devoted a portion of my practice to serving as a neutral mediator or arbitrator in high profile cases, including class actions. I have mediated hundreds of controversies, including numerous class or collective actions.

2. I am a member of the American College of Trial Lawyers, International Academy of Trial Lawyers, American Board of Trial Advocates and Board Certified as a trial advocate by the National Board of Trial Advocacy.

3.  I served as a mediator in connection with the proposed settlement of the above-captioned litigation, *Huff, et al. v. CoreCivic, Inc. f/k/a Corrections Corporation of America, et al.*, Case No. 2:17-cv-02320, United States District Court of the District of Kansas.

4.  The mediation process in this involved an in-person mediation conference that I conducted on May 20, 2019, as well as communications with all counsel before the mediation and extensive conferences and ongoing negotiations with counsel after the mediation.

5.  As with all mediations I conduct, the specific statements and settlement offers made during the mediation process in this case are confidential and privileged, and I cannot disclose the substance of any of these statements and offers. I can verify, however, that counsel made vigorous and thoughtful presentations and arguments regarding their clients' positions on key issues. The parties were represented by zealous, well-informed, experienced and able counsel. The settlement was reached through vigorous, arm's length negotiations both during the mediation session I conducted and prior and subsequent telephone calls and conferences conducted under my mediator authority. It is my opinion that this settlement was negotiated and reached through good-faith and at arms' length.

I declare under penalty of perjury of the laws of the State of Kansas that the foregoing is true and correct. Executed on the 11 of December, 2019 in Overland Park, Kansas.

_____
KIRK GOZA