IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CoreCivic, Inc., f/k/a Corrections Corporation of America, and Securus Technologies, Inc.<br><br>Defendants. | Case No.: 2:17-cv-02320<br><br>**DECLARATION OF DANA BOUB ON BEHALF OF SETTLEMENT ADMINISTRATOR RG/2 CLAIMS ADMINISTRATION IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**DECLARATION OF DANA BOUB** I, Dana Boub, hereby declare and state as follows:

1. I am a project manager for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, Pennsylvania 19103. I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2. RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, consumer fraud, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $1.7 billion in class action settlement proceeds.

3. RG/2 Claims was retained to, among other tasks, a) prepare, print, and mail personalized Notices in English to all Settlement Class Members identified by Defendants; b) track the requests for exclusions and objections; c) handle inquiries from Settlement Class Members; d) re-mail notices; e) skip-trace undeliverable addresses; f) issue distribution checks to Settlement Class Members; and g) conduct such other tasks as the Parties mutually

agree or the Court orders RG/2 Claims to perform. RG/2 Claims will continue to perform these duties in effectuating the Settlement Agreement hereafter.

4. On September 23, 2019, RG/2 Claims received an excel file from Counsel, containing a list of detainees at Leavenworth Detention Center, who were considered Class Members with any applicable calculated amounts. The class list file contained contact information for a total of 539 individuals. On November 4, 2019, RG/2 Claims received contact information for the lead Plaintiff that was not included on the original excel file. Thus there were a total of 540 class members.

5. Included in the mailing list received from Counsel were 27 class members with incomplete mailing information. Prior to mailing the Notice Packets, RG/2 Claims searched these names using Accurint locator and identified 24 complete mailing addresses. Also included in the mailing list from counsel were 17 class members with no mailing addresses. These 17 class members with no mailing addresses combined with the 3 class members that addresses could not be found through accurint could not be sent notice packets. The remaining 496 Class Member's Notice Packets were mailed to the addresses provided by Counsel. A total of 520 Notice Packets were mailed to valid Class Members with addresses.

6. On November 8, 2019, RG/2 Claims served by First Class U.S. Mail the *Notice of Proposed Class Action Settlement* (referred to as the "Class Notice"), in English, to the 520 Class Members for whom address information was obtainable. The Class Notice included the *Notice of Class Action Settlement*, which advised the Class Member of their subclass of the Settlement. A true and correct copy of the Class Notice is attached hereto as **Exhibit A**. Also included with the notice packet for 49 Class members, whom we were not supplied Social Security Numbers, was a letter referencing Section 6 of the Notice & copy of a W-9 form.

7. Concurrent with the Settlement Notice dissemination, RG/2 Claims created a settlement website at www.rg2claims.com/KSwiretap, to include a summary of the settlement including applicable deadlines, relevant Court documents, downloadable Notices, and contact information for the Settlement Administration and Class Counsel. A copy of the website's

homepage is attached hereto as **Exhibit B**.

8. Subsequent to mailing the Class Notice to Class Members, a total of 317 mailed Notices were returned by the U.S. Postal Service as undeliverable. Eight (8) Notices were returned with a forwarding address from the U.S. Postal Service. RG/2 then re-mailed an additional 277 Notices for whom an updated address was located. A total of 32 Notice packets remained undeliverable.

9. The Notice informed Class Members of their right to request exclusion from the Settlement, provided the request is received or postmarked on or before January 7, 2020. To date, RG/2 Claims has received seven (7) Requests for Exclusion from the Settlement. Attached as **Exhibit C** are the exclusions received.

10. The Notice also informed Class Members of their right to object to the Settlement, provided the objection is received or postmarked on or before January 7, 2020. To date, RG/2 Claims has received two (2) objections to the Settlement. Attached as **Exhibit D** are the objections received.

11. Through the date of this declaration, RG/2 has incurred fees and costs associated with the administration of this class action. We will further incur additional fees and costs for calculating tax payments, distribution, and responding to inquiries. RG/2 Claims estimates the total cost to finalize this Settlement Administration will be $25,000.

I declare under penalty of perjury foregoing is true and correct and that this declaration was executed on January 17, 2020 at Philadelphia, Pennsylvania.

By: *Dana Boub*
Dana Boub, Declarant