IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Ashley Huff and Gregory Rapp, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., f/k/a Corrections Corporation of America, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:17-cv-02320 |

**PLAINTIFFS' RESPONSE TO CLASS MEMBER TIMOTHY WILSON'S OBJECTION**

Class Plaintiffs Greg Rapp and Ashley Huff, for their response to objection filed by class member Timothy Wilson (Doc. 195) in relation to the class action settlement between Class Plaintiffs and Defendants, submit the following:

First, Mr. Wilson's objection is long past the deadline for objections to this Settlement. In fact, this objection comes months after the Court overruled the objections of those who objected in a timely manner and granted the Settlement final approval. Doc. 177. The judgment approving the settlement in this case has been final for months.

Second, Mr. Wilson provides no justification for such delay, particularly since he has been aware of this settlement since September 2019, when he wrote the undersigned counsel inquiring about the settlement. Mr. Wilson is a class member in subclass D, and was sent the Court-approved Class Notice by the Settlement Administrator. Family of Mr. Wilson has also contacted the office of the undersigned several times in the last few months, inquiring about the status of settlement checks. Thus, Mr. Wilson clearly knew about the settlement and had ample time to timely assert any objection. He chose not to do so.

1

Third, on the merits, Mr. Wilson's objection lacks merit because the release agreement that binds Mr. Wilson does not appear to touch the plethora of legal claims he believes he may have related to his incarceration. *See* Amended Settlement Agreement, Doc. 140-2, Sec. VIII(A).

Fourth, the attorney's fee that Mr. Wilson complains of was specifically examined by this Court and found to be fair and reasonable. *See* Order approving attorney's fees, Doc. 177.

WHEREFORE, Plaintiffs pray the Court overrule the untimely objection filed by class member Timothy Wilson, and for such other and further relief the Court deems just.

Dated: July 13, 2020

Respectfully submitted,

*/s/ Joseph A. Kronawitter*
Robert A. Horn         KS Bar No. 70254
Joseph A. Kronawitter  KS Bar No. 19665
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Telephone 816-421-0700
Facsimile 816-421-0899
rhorn@hab-law.com
jkronawitter@hab-law.com

Brian Timothy Meyers   KS #70630
Brian C. McCart        KS #78700
LAW OFFICES OF BRIAN TIMOTHY MEYERS
1044 Main Street, Suite 400
Kansas City, Missouri 64105
Telephone: (816) 842-0006
btmeyers@btm-law.com
bmccart@btm-law.com

*Attorneys for Plaintiffs Ashley Huff and Gregory Rapp*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

      Additionally, a true and correct copy of the foregoing was mailed via United States Postal Service to the following:

Timothy Wilson, Inmate No. 25512-031
USP Leavenworth
PO Box 1000
Leavenworth, KS 66048

                                                          */s/ Joseph A. Kronawitter*
                                                          Attorney